No. 02–9751. DANTZLER *v.* CITY OF HAMMOND, LOUISIANA, ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–9755. WESTMORELAND *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–9762. ROY *v.* NEW HAMPSHIRE. Sup. Ct. N. H. Certiorari denied.

No. 02–9769. KELLY *v.* SMALL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02–9775. PETERSON, AKA AL-DIN SADDIQ *v.* NORTH CAROLINA. Gen. Ct. Justice, Super. Ct. Div., Richmond County, N. C. Certiorari denied.

No. 02–9790. JACKSON *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 02–9795. SALVATORE *v.* WALL, DIRECTOR, RHODE ISLAND DEPARTMENT OF CORRECTIONS. C. A. 1st Cir. Certiorari denied.

No. 02–9798. TELLO *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–9805. ALEXANDER *v.* INTEL-FOODS CORP. Sup. Ct. N. D. Certiorari denied.

No. 02–9814. LOGAN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–9830. SMITH *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 11th Cir. Certiorari denied.

No. 02–9834. PALMER *v.* UNITED STATES JUDICIAL BRANCH ET AL. C. A. D. C. Cir. Certiorari denied.

No. 02–9835. MONTOYA *v.* LYTLE, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 02–9844. NUNES *v.* HAWK SAWYER, DIRECTOR, FEDERAL BUREAU OF PRISONS, ET AL. C. A. 1st Cir. Certiorari denied.